Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____   RPTR/ECRO/TAPE _____

TOTAL TIME: \_\_\_\_\_ hours \_\_\_\_\_ minutes

DATE: _____   START TIME: _____   END TIME: _____

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. _____

_____

_____

Plaintiff's Counsel

vs

_____

Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing         ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....# \_\_\_\_ Motion _____   ☐ granted ☐ denied ☐ advisement as moot
☐ .....# \_\_\_\_ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# \_\_\_\_ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# \_\_\_\_ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# \_\_\_\_ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# \_\_\_\_ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# \_\_\_\_ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ............   _____   ☐ filed ☐ docketed
☐ ............   _____   ☐ filed ☐ docketed
☐ ............   _____   ☐ filed ☐ docketed
☐ ............   _____   ☐ filed ☐ docketed
☐ ............   _____   ☐ filed ☐ docketed
☐ ............   _____   ☐ filed ☐ docketed
☐ ............   _____ Hearing continued until _____ at _____